IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00333–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JUDITH LEE CLARKE,

      Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

This matter is set for a five-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **November 13, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse. Therefore, it is

**ORDERED** that the deadline for filing all motions is October 13, 2006. All responses shall be filed by October 20, 2006. A hearing on the motions will be scheduled at a later date, if necessary. Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing. It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 10:30 o'clock a.m. on Friday, **November 3, 2006**. The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, <u>November 1, 2006</u>.

Dated: September 15, 2006