IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00333–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JUDITH LEE CLARKE,

    Defendant.

---

# **ORDER**

---

This matter comes before the court on Defendant's "Motion for Order Directing United States Marshal Arrange Non-Custodial Transportation to Denver, Colorado" (#60) and the "Motion for Order Directing United States Marshal Arrange Non-Custodial Transportation from Denver, Colorado to Rock Hill, South Carolina" (#61) filed June 6, 2007.  Upon review and consideration, it is

**ORDERED** that the motions are GRANTED, and the United States Marshal is to arrange for non-custodial transportation expenses from Rock Hill, South Carolina to Denver, Colorado for Ms. Clarke to appear for her change of plea hearing set to commence **at 9:30 o'clock a.m. on Friday, June 8, 2007** and to provide for transportation to return to Rock Hill, South Carolina, following the hearing.

Dated this 6th day of June, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge